No. 24-2071

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS, *et al.*
*Plaintiffs-Appellees,*

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of
Elections, *et al.*,
*Defendants-Appellants.*

_____

On Appeal from the United States District Court
for the Eastern District of Virginia
Nos. 1:24-cv-01778-PTG-WBP, 1:24-cv-01807-PTG-WBP

_____

## PLAINTIFFS-APPELLEES' RESPONSE TO MOTION TO EXCEED LENGTH LIMITATIONS FOR DEFENDANTS-APPELLANTS' EMERGENCY MOTION FOR STAY PENDING APPEAL

_____

Ezra D. Rosenberg
Ryan Snow
Javon Davis
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street, NW, Ste. 900
Washington, DC 20005
(202) 662-8600
erosenberg@lawyerscommittee.org
rsnow@lawyerscommittee.org
jdavis@lawyerscommittee.org

Simone Leeper
Danielle Lang
Kevin Hancock
Brent Ferguson
CAMPAIGN LEGAL CENTER
1101 14th Street NW, Suite 400
Washington, DC 20005
Tel: (202) 736-2200
Fax: (202) 736-2222
dlang@campaignlegalcenter.org
khancock@campaignlegalcenter.org
bferguson@campaignlegalcenter.org
sleeper@campaignlegalcenter.org

Orion Danjuma
John Paredes
THE PROTECT DEMOCRACY PROJECT,
INC.
82 Nassau Street, # 601
New York, NY 10038
Telephone: (202) 579-4582
orion.danjuma@protectdemocracy.org
john.paredes@protectdemocracy.org

Benjamin L. Berwick
THE PROTECT DEMOCRACY PROJECT,
INC.
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Anna Dorman
THE PROTECT DEMOCRACY PROJECT,
INC.
200 Pennsylvania Ave. NW, Suite #
163
Washington, DC 20006
Telephone: (202) 579-4582
anna.dorman@protectdemocracy.org

John Powers
Hani Mirza
ADVANCEMENT PROJECT
1220 L Street Northwest, Suite 850
Washington, D.C. 20005
(202) 728-9557
jpowers@advancementproject.org
hmirza@advancementproject.org

*Counsel for Plaintiffs-Appellees Virginia Coalition for Immigrant Rights, the League of Women Voters of Virginia, the League of Women Voters of Virginia Education Fund, and African Communities Together*

Private Plaintiffs-Appellees do not oppose Defendants-Appellants' Motion to Exceed Length Limitations pursuant to Rule 27(d)(2)(A), Doc. 12. If the motion is granted, Appellants have consented to Appellees receiving the same 1,000-word extension of length limitations on their forthcoming Response Opposing Appellants' Emergency Motion to Stay, which Appellees hereby request.

Date: October 26, 2024                 Respectfully submitted,

/s/Simone Leeper

Ezra D. Rosenberg                      Simone Leeper
Ryan Snow                              Danielle Lang
Javon Davis                            Kevin Hancock
LAWYERS' COMMITTEE FOR CIVIL           Brent Ferguson
RIGHTS UNDER LAW                       CAMPAIGN LEGAL CENTER
1500 K Street, NW, Ste. 900            1101 14th Street NW, Suite 400
Washington, DC 20005                   Washington, DC 20005
(202) 662-8600                         Tel: (202) 736-2200
erosenberg@lawyerscommittee.org        Fax: (202) 736-2222
rsnow@lawyerscommittee.org             dlang@campaignlegalcenter.org
jdavis@lawyerscommittee.org            khancock@campaignlegalcenter.org
                                       bferguson@campaignlegalcenter.org
                                       sleeper@campaignlegalcenter.org

Orion Danjuma                          John Powers
John Paredes                           Hani Mirza
THE PROTECT DEMOCRACY PROJECT,         ADVANCEMENT PROJECT
INC.                                   1220 L Street Northwest, Suite 850
82 Nassau Street, # 601                Washington, D.C. 20005
New York, NY 10038                     (202) 728-9557
Telephone: (202) 579-4582              jpowers@advancementproject.org
orion.danjuma@protectdemocracy.org     hmirza@advancementproject.org
john.paredes@protectdemocracy.org

Benjamin L. Berwick
THE PROTECT DEMOCRACY PROJECT,
INC.
15 Main Street, Suite 312
Watertown, MA 02472
(202) 579-4582
ben.berwick@protectdemocracy.org

Anna Dorman
THE PROTECT DEMOCRACY PROJECT,
INC.
200 Pennsylvania Ave. NW, Suite #
163
Washington, DC 20006
Telephone: (202) 579-4582
anna.dorman@protectdemocracy.org

*Counsel for Plaintiffs-Appellees Virginia
Coalition for Immigrant Rights, the
League of Women Voters of Virginia, the
League of Women Voters of Virginia
Education Fund, and African
Communities Together*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitations of Fed. R. App. P. 27(d)(2)(A) because it contains 49 words. This response complies with the typeface and the type-style requirements of Rule 27(d)(1)(E) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman typeface.

/s/ Simone Leeper
Simone Leeper

## CERTIFICATE OF SERVICE

I certify that on October 26, 2024, I electronically filed the foregoing motion with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Simone Leeper
Simone Leeper