# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 14, 2024

_____

## DOCKETING FORMS
## FOLLOW-UP NOTICE

_____

No.     24-2071,        Virginia Coalition for Immigrant Rights v. Susan Beals
                        1:24-cv-01778-PTG-WBP, 1:24-cv-01807-PTG-WBP

TO:     Georgia Alvis-Long
        Jason S. Miyares
        Commonwealth of Virginia
        John O'Bannon
        Donald W. Merricks
        Susan Beals
        Rosalyn R. Dance
        Virginia State Board of Elections
        Matthew Weinstein

REQUESTED FORM(S) DUE:  November 18, 2024

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[X] Docketing statement - Civil or Agency

[X] Transcript order form (if necessary)

Emily Borneisen, Deputy Clerk
804-916-2704