# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 3, 2024

_____

## RESPONSE REQUESTED

_____

No. 24-2071, <u>Virginia Coalition for Immigrant Rights v. Susan Beals</u>
1:24-cv-01778-PTG-WBP, 1:24-cv-01807-PTG-WBP

TO: United States of America
Virginia Coalition for Immigrant Rights
League of Women Voters of Virginia
League of Women Voters of Virginia Education Fund
African Communities Together

RESPONSE DUE: 12/13/2024

Response is required to the motion to dismiss appeal as moot and vacate preliminary orders on or before 12/13/2024.

The parties are advised that the court will not sua sponte suspend the briefing schedule pending disposition of the motion; a request to suspend briefing may be made by filing a motion to suspend.

Emily Borneisen, Deputy Clerk
804-916-2704