FILED: December 23, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2071
(1:24-cv-01778-PTG-WBP)
(1:24-cv-01807-PTG-WBP)

_____

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER; UNITED STATES OF AMERICA

           Plaintiffs - Appellees

v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS, in his official capacity as a member of the State Board of Elections; MATTHEW WEINSTEIN, in his official capacity as a member of the State Board of Elections; JASON MIYARES, in his official capacity as Virginia Attorney General; COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS

           Defendants - Appellants

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 01/29/2025

Opening brief due: 01/29/2025

Response brief due: 02/28/2025

Any reply brief: 21 days from service of response brief.

                                            For the Court--By Direction

                                            <u>/s/ Nwamaka Anowi, Clerk</u>