UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2071
(1:24-cv-01778-PTG-WBP)
(1:24-cv-01807-PTG-WBP)

VIRGINIA COALITION FOR IMMIGRANT RIGHTS; LEAGUE OF WOMEN VOTERS OF VIRGINIA; LEAGUE OF WOMEN VOTERS OF VIRGINIA EDUCATION FUND; AFRICAN COMMUNITIES TOGETHER; UNITED STATES OF AMERICA,

    Plaintiffs - Appellees,

  v.

SUSAN BEALS, in her official capacity as Virginia Commissioner of Elections; JOHN O'BANNON, in his official capacity as Chairman of the State Board of Elections; ROSALYN R. DANCE, in her official capacity as Vice-Chairman of the State Board of Elections; GEORGIA ALVIS-LONG, in her official capacity as Secretary of the State Board of Elections; DONALD W. MERRICKS, in his official capacity as a member of the State Board of Elections; MATTHEW WEINSTEIN, in his official capacity as a member of the State Board of Elections; JASON MIYARES, in his official capacity as Virginia Attorney General; COMMONWEALTH OF VIRGINIA; VIRGINIA STATE BOARD OF ELECTIONS,

    Defendants - Appellants.

O R D E R

Appellants move to dismiss their interlocutory appeal of the district court's preliminary injunction order as moot. Appellees agree that this appeal is moot and should be dismissed. The district court's preliminary injunction expired, by its own terms, on November 6, 2024. Accordingly, we agree that this appeal is moot, and we grant Appellants' motion to dismiss the appeal as moot. *See Local No. 8-6, Oil, Chem. & Atomic Workers Int'l Union v. Missouri*, 361 U.S. 363, 367 (1960).

Appellants further move this court to vacate the district court's order granting a preliminary injunction and this court's October 27, 2024, order denying in part and granting in part their motion for a stay of the preliminary injunction pending appeal. Appellees oppose the motion to vacate. Where, as here, the mooted appeal is of a preliminary injunction in an ongoing case in the district court, and the orders that Appellants seek to vacate have no preclusive effect, it is generally sufficient to dismiss the appeal without vacating the orders. *See Fleet Feet, Inc. v. NIKE, Inc.*, 986 F.3d 458, 466-67 (4th Cir. 2021). After reviewing the parties' submissions, we find no good reason in this case to depart from the general rule. Accordingly, we deny Appellants' motion to vacate preliminary orders.

Entered at the direction of the panel: Chief Judge Diaz, Judge Thacker, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk